**John Paul TURNER, Plaintiff–
Appellant,**

v.

**APPEAL ADMINISTRATIVE
PROCESS, Defendant–
Appellee.**

**No. 02–7812.**

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 24, 2003.

Decided Feb. 10, 2003.

John Paul Turner, Appellant Pro Se.

Before NIEMEYER, WILLIAMS, and
MICHAEL, Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

PER CURIAM.

John Paul Turner appeals the district
court's order denying his motion for leave
to proceed in forma pauperis. We have
reviewed the record and find no reversible
error. Accordingly, we deny leave to pro-
ceed in forma pauperis and dismiss on the
reasoning of the district court. *See Tur-
ner v. Appeal Admin. Process,* Nos. CR–
95–946; MISC–02–47 (W.D.Va. Nov. 12,
2002). We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED.*